William M. Burd - Bar No. 90801
Karen Sue Naylor - Bar No. 144273
**BURD & NAYLOR**
200 W. Santa Ana Blvd., Suite 400
Santa Ana, California 92701
Telephone    (714) 708-3900
Facsimile    (714) 708-3949
Email    wburd@burd-naylor.com
Email    knaylor@burd-naylor.com

General Counsel for Chapter 7 Trustee

FILED & ENTERED

AUG 12 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCYCOURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISON

In re

SLE METAL INC.

                    Debtor

Karen Sue Naylor, Chapter 7 Trustee,

                    Plaintiff

v.

SAM KUK LEE aka SAM LEE, SEONG
JOON HWANG aka STEVE SEONG
JOON HWANG aka STEVE HWANG,
GOMES ENTERPRISES LLC dba A TO Z
METALS, a California limited liability
company, UNLIMITED METALS, INC., a
California corporation, EARTH METAL
TRADING LIMITED, a Hong Kong
corporation, SUN PACIFIC COMMODITY
TRADING CORPORATION LIMITED, a
Hong Kong corporation, 16371
SCIENTIFIC WAY, a California limited
liability company, PINE BROOK ROAD
PARTNERS, LLC, a Delaware limited
liability company, and TURAN
PETROLEUM, INC., a Nevada
corporation,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:09-bk-16252-RK

Chapter 7

Adv. Case No. 8:11-ap-01280-RK

**ORDER RE STIPULATION EXTENDING
TIME FOR PINE BROOK ROAD
PARTNERS, LLC TO RESPOND TO
COMPLAINT**

Status Conference Date
Date:  September 6, 2011
Time: 1:30 p.m.
Ctrm: 5D

1

Pursuant to the stipulation of the parties filed August 10, 2011 as Docket Entry No. 9 and the Court having determined that no notice of the stipulation other than that provided by ECF is necessary and good cause appearing therefor, it is hereby

**ORDERED** that Pine Brook Road Partners, LLC shall have an additional thirty (30) days, to and including September 9, 2011, to respond to the Trustee's complaint.

###

DATED: August 12, 2011

_____
United States Bankruptcy Judge

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:   200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the foregoing document described as  **ORDER RE STIPULATION EXTENDING TIME FOR PINE BROOK ROAD PARTNERS, LLC TO RESPOND TO COMPLAINT**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b)  in the manner indicated below.

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On ___August   10___ , 2011 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the U. S. Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92501
Debtor's Counsel  Brian L. Davidoff, 1901 Avenue of the Stars, Suite 1700, Los Angeles, CA  90067
Attorney for Pine Brook Road Partners, LLC Amanda Raboy, Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018

[All served via U.S. Mail]                       ☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August   10   , 2011,   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Robert Kwan                       [via personal delivery to bin outside Room 5097]
U.S. Bankruptcy Court
411 West Fourth Street    Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _August   10   , 2011_ | _Morna I. Crouch_ | ___/s/   Morna I. Crouch___ |
|---|---|---|
| Date | Type Name | Signature |

3

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE STIPULATION EXTENDING TIME FOR PINE BROOK ROAD PARTNERS, LLC TO RESPOND TO COMPLAINT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 11, 2011,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- James C Bastian     jbastian@shbllp.com
- William M. Burd     wmburd@burd-naylor.com
- Karen S Naylor (TR)     acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

16371 Scientific Way, LLC, 9950 Research Drive, Irvine, CA 92618
Gomes Enterprises, LLC, 2900 N Alameda St, Compton, CA 90222
Seong Joon Hwang, 25051 Farrier Circle, Laguna Hills, CA 92653
Pine Brook Road Partners, LLC, 100 Park Avenue, New York, NY 10017
Turan Petroleum, Inc., 2575 McCabe Way, Ste 100, Irvine, CA 92614
Unlimited Metals, Inc., 1910 E. Olympic Blvd, Los Angeles, CA 90021

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Attorney for Pine Brook Road Partners, LLC
Amanda Raboy
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

☐ Service information continued on attached page