William M. Burd - Bar No. 90801
Karen Sue Naylor - Bar No. 144273
**BURD & NAYLOR**
200 West Santa Ana Boulevard   Suite 400
Santa Ana, California 92701
Telephone    (714) 708-3900
Facsimile    (714) 708-3949
Email        wburd@burd-naylor.com
Email        knaylor@burd-naylor.com

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:09-bk-16252 RK |
| **SLE METAL INC.** | |
| Debtor | Chapter 7 |
| **Karen Sue Naylor, Chapter 7 Trustee,** | Adv. Case No. 8:11-ap-01280 RK |
| Plaintiff | |
| v. | |
| **SAM KUK LEE aka SAM LEE, SEONG JOON HWANG aka STEVE SEONG JOON HWANG aka STEVE HWANG, GOMES ENTERPRISES LLC dba A TO Z METALS, a California limited liability company, UNLIMITED METALS, INC., a California corporation, EARTH METAL TRADING LIMITED, a Hong Kong corporation, SUN PACIFIC COMMODITY TRADING CORPORATION LIMITED, a Hong Kong corporation, 16371 SCIENTIFIC WAY, a California limited liability company, PINE BROOK ROAD PARTNERS, LLC, a Delaware limited liability company, and TURAN PETROLEUM, INC., a Nevada corporation,** | **NOTICE OF DISMISSAL AS TO DEFENDANT TURAN PETROLEUM, INC. ONLY** |
| | <u>Status Conference Date</u><br>Date: April 17, 2012<br>Time: 1:30 p.m.<br>Ctrm: 5D |
| Defendants | |

1

**PLEASE TAKE NOTICE** that Plaintiff hereby dismisses this action as to Defendant Turan Petroleum, Inc. only pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).   No answer or responsive pleading has been filed by Turan Petroleum, Inc.

Date: December 6 , 2011                    **BURD & NAYLOR**

By: William M. Burd
Attorney for Plaintiff

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is;  200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL AS TO DEFENDANT TURAN PETROLEUM, INC. ONLY**  will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below .

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ___12/16___, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice list to receive NEF transmission at the email address(es) indicated below:

Office of US Trustee     ustpregion16.sa.ecf@usdoj.gov
Karen Sue Naylor, Chapter 7 Trustee acanzone@burd-naylor.com; knaylor@ecf.epiqsystems.com
James C Bastian     jbastian@shbllp.com
Jeffrey W Broker     jbroker@brokerlaw.biz
Brian L Davidoff, Debtor counsel  bdavidoff@rutterhobbs.com;  calendar@rutterhobbs.com;
           jreinglass@rutterhobbs.com

☐  Service information continued on attached page.

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served:  On _____ ___12/16___, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Turan Petroleum, Inc.      Turan Petroleum, Inc.
2575 McCabe Way   Suite 100   The Corporation Trust Company of Nevada,
Irvine, CA 92614       Agent for Service of Process
           311 South Division Street
Turan Petroleum, Inc.      Carson City, NV 89703
Richard O. Weed, Agent for Service of Process
4695 MacArthur Court   Suite 1430
Newport Beach, CA 92660    [All Served via U.S. Mail]

☒  Service information continued on attached page.

**III.  SERVED BY PERSONAL DELIVERY,  FACSIMILE TRANSMISSION OR EMAIL** (indicated method for each person or entity served:  Pursuant to Fed.R.Civ.Proc. 5 and/or controlling LBR, on ___12/16___, 2011, I served the following person(s) or entity(ies) by personal delivery or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Robert Kwan      [via  personal delivery to bin outside Room 5097]
U.S. Bankruptcy Court
411 West Fourth Street    Suite 5165
Santa Ana, CA 92701

☐  Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

___12/16/11___   Morna I. Crouch            
Date      Type Name          Signature

Additional parties served via U.S. Mail

Sam Kuk Lee
aka Sam Lee
22 Fairway Pt.
Newport Beach, CA 92667

Seong Joon Hwang
aka Steve Seong Joon Hwang
aka Steve Hwang
25051 Farrier Circle
Laguna Hills, CA 92653

Gomes Enterprises LLC
dba A to Z Metals
2900 North Alameda Street
Compton, CA 90222

Gomes Enterprises LLC
David Gomes, Agent for Service of Process
2900 North Alameda Street
Compton, CA 90222

Unlimited Metals, Inc.
1910 East Olympic Boulevard
Los Angeles, CA 90021

Unlimited Metals, Inc.
Brett Friedman, Agent for Service of Process
5 Hutton Centre Drive    Suite 1025
Santa Ana, CA 92707

Earth Metal Trading Limited
Attention: Sam Lee, President
9950 Research Drive
Irvine, CA 92618

Sun Pacific Commodity Trading Corporation Limited
Attention: Sam Lee, President
9950 Research Drive
Irvine, CA 92618

16371 Scientific Way
9950 Research Drive
Irvine, CA 92618

16371 Scientific Way
Sam Lee, Agent for Service of Process
9950 Research Drive
Irvine, CA 92618